No. 726.—EL PUEBLO, DEMANDANTE Y APELADO, v. NARY,
ACUSADO Y APELANTE.—

No. 719. EL PUEBLO, DEMANDANTE Y APELADO, v. MANGUAL,
ACUSADO Y APELANTE.—

No. 722. EL PUEBLO, DEMANDANTE Y APELADO, v. VALLE,
ACUSADO Y APELANTE.—

No. 721. EL PUEBLO, DEMANDANTE Y APELADO, v. BÁEZ,
ACUSADO Y APELANTE.—

No. 720. EL PUEBLO, DEMANDANTE Y APELADO, v. AVIÑÓN,
ACUSADO Y APELANTE.—

Apelaciones procedentes de la Corte de Distrito de Maya-güez en causas por infracción de la Ley Electoral. Resuel-tos en noviembre 23, 1914. Confirmadas las sentencias ape-ladas. Abogado del Pueblo: *Sr. Salvador Mestre, Fiscal.* Los acusados no comparecieron.